In the Matter of ROBERT H. SPELLMAN (Also Known as ROBERT HARRIS SPELLMAN and ROBERT H. SPELMAN), an Attorney, Respondent.

First Department, December 13, 1940.

*Einar Chrystie,* for the petitioner.

*Charles A. Taussig* of counsel [*Paul J. McCauley* and *Allen K. Bergman* with him on the brief], for the respondent.

PER CURIAM. The respondent was charged by the Association of the Bar of the City of New York with unduly withholding the funds of a client and fees due physicians. He has paid his client and the physicians. It is our opinion that he had no deliberate

intention to defraud. Giving due consideration to that fact and other mitigating circumstances, the proceeding should be dismissed.

Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Proceeding dismissed.